J. Russell TITMAN, George B. Titman, and Sherman F. Titman, Plaintiffs-Appellants, v. FORD MOTOR CO., a Foreign Corporation, Defendant-Appellee.

Circuit Court of Appeals, Second Circuit. May 20, 1929.

No. 344.

Henry J. Lucke, of New York City, for appellants.

Charles R. Halbert, of Detroit, Mich., and De Lancey Nicoll, Jr., and Drury W. Cooper, both of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.